FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 12 2012

CENTRAL DISTRICT OF CALIFORNIA
BY Shy DEPUTY

ENTER / JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| MIGUEL CASTILLO,<br><br>Petitioner,<br><br>v.<br><br>SPEARMEN, Warden,<br><br>Respondent. | Case No. CV 12-01478 CJC (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED THAT this action is summarily dismissed without prejudice for the reasons stated in the related Order.

DATED: September 10, 2012

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 12 2012

CENTRAL DISTRICT OF CALIFORNIA
BY Shy DEPUTY